THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Camilla Kelly, Appellant,
 v.
 South Carolina
 Department of Social Services, Respondent.
 
 
 

Appeal From Orangeburg County
 Barry W. Knobel, Family Court Judge

Unpublished Opinion No.  2009-UP-122
 Submitted February 2, 2009  Filed March
5, 2009

AFFIRMED

 
 
 
 Clarissa Warren Joyner, of Orangeburg, for Appellant.
 Susan Anderson, of Columbia, for Respondent.
 
 
 

PER CURIAM: 
 Camilla Kelly appeals the family court's dismissal of her appeal of an adverse
 administrative order.  Kelly argues the family court erred by dismissing her
 appeal because the administrative order violates her due process rights.  We affirm pursuant to Rule 220(b), SCACR,
 and the following authority:  Anderson v. Short,
 323 S.C. 522, 525, 476 S.E.2d 475, 477 (1996) (holding where the ruling of the
 trial court is based on more than one ground, the appellate court will affirm
 unless appellant appeals all grounds).

AFFIRMED.[1]
SHORT, THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.